## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  May 20, 2024

**<u>Notice of Argument by Video Conference at
3:00 p.m. (Eastern Time) on Tuesday, August 6, 2024</u>**

Ms. Jessica Vartanian Currie
Office of the U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Mr. John R. Minock
Law Offices
339 E. Liberty Street. Suite 200
Ann Arbor, MI 48104

Ms. Laura Danielle Mazor
Federal Community Defender Office
613 Abbott Street, Suite 500
Detroit, MI 48226

Mr. Fabian Renteria
Federal Community Defender Office
613 Abbott Street, Suite 500
Detroit, MI 48226

Ms. Nicole L. Smith
Smith Mihas
467 Eureka Road, Suite One
Wyandotte, MI 48192

Re: Nos. 23-1050 / 23-1069 / 23-1070 / 23-1071,
*USA v. Edward Dale / Gene Polk / John Gordon / Gregory Brown*

Dear Counsel:

   These cases are scheduled for argument by video conference at **3:00 p.m. (Eastern Time) on Tuesday, August 6, 2024** before a three-judge panel of the Sixth Circuit Court of Appeals.  You must be available for argument from **2:30 p.m. through 4:00 p.m.**  In addition, please note the following:

- You will be provided specific video conference information 1-2 business days prior to the argument date;
- The time allotted for oral argument is limited to 15 minutes for the plaintiff and 15 minutes to be shared by the defendants;
- You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on the Sixth Circuit's website at www.ca6.uscourts.gov two weeks prior to argument.

**If you are the attorney who will present argument in this case, download the Argument Acknowledgment form from the website and file it electronically with the Clerk's office by June 3, 2024**.

Counsel is strongly discouraged from seeking continuances of oral argument as they are granted only in exceptional circumstances. If counsel is seeking a continuance or waiver of oral argument, a motion should be filed as soon as possible. Please note that the filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.

Sincerely yours,

s/Lance A. Gifford
Senior Calendar Deputy

cc:  Mr. Benton C. Martin